Form 27 - GENERAL PURPOSE
**MAYERSON & ASSOCIATES**
**ATTN:**
U.S. SOUTHERN DIST. COURT        NEW YORK COUNTY
-----------------------------------------------------

| | |
|---|---|
| M.M. ON BEHALF OF D.M.                plaintiff | Index No. **07 CIV 8640** |
| | Date Filed ............ |
| - against - | |
| | Office No. |
| DEPARTMENT OF EDUCATION OF THE CITY    defendant OF NEW YORK | Court Date:  / / |

-----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **9th day of October, 2007** at **12:35 pm.,** at
   %MICHAEL A. CARDOZO, ESQ. C.N.Y. LAW DEPT.
   100 CHURCH ST, 4TH FL. NEW YORK, NY 10007
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**         COLOR: **BLACK**         HAIR: **BLACK**
        APP. AGE: **25**        APP. HT: **5:6**         APP. WT: **115**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
9th day of October, 2007k



SAMSON NEWMAN
Notary Public, State of New York
    No. 01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA773731