

# Mayerson & Associates
330 W. 38t[h] Street, Suite 600
New York, New York 10018

mayerslaw.com

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

**MEMO ENDORSED**

March 14, 2008

**VIA HAND DELIVERY**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street. Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**Re: M.M. on behalf of D.M. v. Department of Education of the City of New York**
Civil Case No. 1:07-cv-08640-DLC

Dear Judge Cote:

I represent the plaintiffs in the above matter, which is a statutory fee application action brought under IDEA, based upon plaintiffs' status as a "substantially prevailing party."

I respectfully request an adjournment of the March 21, 2008 conference in this matter. My office is closed on Good Friday, and my family will be out of the state during the entire holiday weekend.

Moreover, based on past experience with the City, these kinds of matters are typically settled without the need for motion practice or other burden upon the Court or counsel. We are hopeful that this case will proceed in similar direction.

We contacted Kimberly Conway, Esq., counsel for the defendant, and she does not object to our request. Ms. Conway has asked that we please take into consideration the following dates, when Ms. Conway is not available: March 26th and 27th, April 3rd, and April 11 through April 17.[th]

I am out of town between April 21 to 25 and I will be in Auschwitz between May 3 and May 11.

Thank you.

*Conference is adjourned to April 10, 2008 at 9 am.*

Respectfully,

Gary S. Mayerson

*Denise Cote
March 17, 2008*

Cc: Kimberly Conway, Senior Counsel (Via E-mail: kconway@law.nyc.gov)