```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
M.M. on behalf of D.M.,                 :
                         Plaintiff,     :
                                        :     07 Civ. 8640 (DLC)
             -v-                        :
                                        :         ORDER
DEPARTMENT OF EDUCATION OF THE CITY OF  :
NEW YORK,                               :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

DENISE COTE, District Judge:

The initial pretrial conference in the above-captioned action was held today, April 10, 2008. The parties agree that this action is the first-filed of several related actions, assigned to various judges of this Court but sharing common issues of law possibly ripe for collective resolution (the "related actions"). The parties having agreed on a schedule going forward for this and the related actions, it is hereby

ORDERED that the parties contact Magistrate Judge Maas no later than tomorrow, April 11, to arrange settlement discussions.

IT IS FURTHER ORDERED that, by April 18, the plaintiffs provide the defendant with the full fee requests in this and all related actions filed as of today. Also by April 18, the plaintiffs shall provide the defendant with a description of their demands for administrative procedures to govern resolution

of their fee requests in this and all cases in which plaintiffs are represented by Mayerson & Associates. The defendant shall provide its reply to plaintiffs' demands no later than May 2.

IT IS FURTHER ORDERED that the parties shall provide the Court, by April 25, with a letter outlining the universe of cases, the common issues of which the parties request this Court to resolve.

IT IS FURTHER ORDERED that defendant's motion on the common issues among no more than five of the related actions shall be due no later than May 30, 2008. Plaintiffs' opposition shall be due June 20; defendant's reply shall be due June 27. At the time any reply is served, defendant shall supply two courtesy copies of all motion papers to Chambers.

IT IS FURTHER ORDERED that the parties shall be given an opportunity to address why the opinion issued in response to the May 30 motion does not apply to the remainder of the related actions.

SO ORDERED.

Dated:   New York, New York
         April 10, 2008

                                   _____
                                        DENISE COTE
                                   United States District Judge