```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
M.M. on behalf of D.M.,
                                Plaintiff,

        -v-

DEPARTMENT OF EDUCATION OF THE CITY OF NEW
YORK,
                                Defendant.
-------------------------------------x

07 Civ. 8640
(DLC)(FM)

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

   SO ORDERED:

Dated:   New York, New York
         April 10, 2008

                                /s/ Denise Cote
                                _____
                                DENISE COTE
                                United States District Judge