```
Case 1:07-cv-08640-DLC   Document 8   Filed 05/07/2008   Page 1 of 1
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
M.M. on behalf of D.M.,                 :
                          Plaintiff,    :
                                        :      07 Civ. 8640 (DLC)
               -v-                      :
                                        :          ORDER
DEPARTMENT OF EDUCATION OF THE CITY OF  :
NEW YORK,                               :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    By Order dated April 18, 2008, the parties were to provide the Court, by April 25, with a letter outlining the universe of cases, the common issues of which the parties request this Court to resolve. The parties having failed to do so, it is hereby

    ORDERED that all such actions filed by June 27, 2008, the date defendant's motion shall be fully submitted, shall be automatically consolidated for pretrial purposes and for resolution of the common issues.

    IT IS FURTHER ORDERED that the parties shall promptly provide notice to this Court of the filing of any such actions so that they may be transferred to this Court's docket.

    SO ORDERED.

Dated:   New York, New York
         May 7, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge