



MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JESSE I. LEVINE
Phone: 212-442-3329
Fax: 212-788-8877
E-mail: jlevine@law.nyc.gov

May 22, 2008

(By Fax)
Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

*The settlement conference is adjourned to 6/12/08 at 4 pm.*
*—Maas, USMJ, 5/22/08*

Re: M.M. et al v. NYCDOE, 07 CV 8640 (DLC)

Dear Judge Maas:

I am writing to request an adjournment of the settlement conference in the above captioned and related cases which is currently scheduled for May 29, 2008 at 4:00 p.m.

I recently suffered a knee injury which requires minor surgery next week. Gary Mayerson, Esq., attorney for the plaintiffs has kindly agreed to my request for adjournment. We propose an adjourned date of 4:00 p.m. on either June 11 or June 12, 2008, at the convenience of the Court.

Thank you for your consideration of this request.

Sincerely yours,

Jesse I. Levine (8829)

c: Gary Mayerson, Esq.