UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x

IN RE ATTORNEYS FEES CONSOLIDATED CASES

This Document Relates to:

ALL ACTIONS

**MASTER FILE**

07 Civ  8640 (DLC)

**NOTICE OF
APPEARANCE**

--------------------------------------------------------------------------------x

      PLEASE BE ADVISED that the undersigned hereby appears in this action and the

consolidated actions in behalf of  Defendant and demands that all papers and proceedings be

served upon him.

Dated: New York, New York
      June 12, 2008

                              Yours, etc.
                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City
                                  of New York,
                              100 Church Street,
                              Room 2-106
                              New York, NY 10007
                              By:

                              _____s//JIL_____
                              Jesse I. Levine (8829)
                              (212) 442-3327

To: Gary S. Mayerson, Esq.