UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                              :

    ATTORNEY'S FEES
    CONSOLIDATED CASES                  :   **ORDER**

This Document Relates to:                           :   07 Civ. 8640 (DLC)(FM)

    ALL ACTIONS                         :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that a further telephone conference shall be held on September 3, 2008, at 5:00 p.m. Plaintiffs' counsel shall initiate the call by dialing Chambers at (212) 805-6727.

    SO ORDERED.

Dated:    New York, New York
          June 12, 2008

                                          FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Denise L. Cote
United States District Judge

Gary S. Mayerson, Esq.
Mayerson and Associates
Fax: (212) 265-1735

Jesse Levine, Esq.
Assistant Corporation Counsel
Fax: (212) 788-0877