

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JESSE I. LEVINE
Phone: 212-442-3329
Fax: 212-788-8877
E-mail: jlevine@law.nyc.gov

September 2, 2008

(By Fax)
Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

*Adjourned to 9/16/08 at 4 pm.*
*Maas, USMJ, 9/2/08*

Re: M.M. et al v. NYCDOE, 07 CV 8640 (DLC)

Dear Judge Maas:

    I am writing to request an adjournment of the telephonic settlement conference in the above captioned and related cases which is currently scheduled for September 3, 2008 at 4:00 p.m.

    Gary Mayerson, Esq., attorney for the plaintiffs, and I have been working to settle the almost 30 cases before you, and I am confident that most, if not all, will be settled. We join in this request for adjournment. We propose an adjourned date of 4:00 p.m. on either September 16 or September 17, 2008, at the convenience of the Court.

    Thank you for your consideration of this request.

Sincerely yours,

Jesse I. Levine (8829)

c: Gary Mayerson, Esq.

MEMO ENDORSED